**UNITED STATES of America,**
**Appellee,**

v.

**Phillip STEWART, Defendant–**
**Appellant.**

**No. 06–3411–cr.**

United States Court of Appeals,
Second Circuit.

Dec. 21, 2007.

Jon L. Schoenhorn, Jon L. Schoenhorn & Assoc., LLC, Hartford, CT, for Appellant.

Michael J. Gustafson, Assistant United States Attorney (Kevin J. O'Connor, United States Attorney, William J. Nardini, Assistant United States Attorney, of counsel), United States Attorney's Office for the District of Connecticut, New Haven, CT, for Appellee.

PRESENT: WALKER, JOSÉ A. CABRANES, and ROBERT D. SACK, Circuit Judges.

## SUMMARY ORDER

We intimate no view on the reasonableness *vel non* of the sentence imposed by the District Court and remand this case for plenary reconsideration of the sentence imposed in accordance with the United State Supreme Court's recent decisions, *Kimbrough v. United States,* 552 U.S. ——, 128 S.Ct. 558, 169 L.Ed.2d 481 (2007), and *Gall v. United States,* 552 U.S. ——, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007).

The mandate will issue forthwith.